UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:13-cr-318 |
| | ) | |
| JENARO BLALOCK, | ) | |
| CHRISTOPHER BUSH, | ) | |
| JENNIFER SCRUGGS, | ) | |
| ADRIENNE PRITCHETT, | ) | |
| SEGALE BATTLE, | ) | |
| JAMILLE FERGUSON, | ) | |
| RUNGNATEE PEARSON, | ) | |
| TEKIA THOMAS, and | ) | Hon. Claude M. Hilton |
| KEVIN MIDDLETON, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States by and through its attorney, Dana J. Boente, United States Attorney for the Eastern District of Virginia, informs the Court that the above-captioned matter is now assigned to DOJ Senior Counsel and Special Assistant United States Attorney (LT) Matthew A. Lamberti.  He is authorized to practice in this Court, and will substitute in this case for former

AUSA Lindsay Kelly as lead counsel for the United States.

      Respectfully submitted,

      Dana J. Boente
      United States Attorney

        /s/
By: _____
      Matthew A. Lamberti
      Special Assistant United States Attorney (LT),
       United States Attorney's Office, Eastern District of Virginia
      Senior Counsel, U.S. Department of Justice
      1301 New York Avenue, NW, Suite 600
      Washington, DC 20530
      Phone: (202) 514-1026
      Fax: (202) 514-6113
      Email: matthew.lamberti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By:     /s/
Matthew A. Lamberti
Special Assistant United States Attorney (LT),
  United States Attorney's Office, Eastern District of Virginia
Senior Counsel, U.S. Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC  20530
Phone: (202) 514-1026
Fax: (202) 514-6113
Email:  matthew.lamberti@usdoj.gov